## CAMPBELL v. NEWTON & DRISKILL *et al.*

No. 5285.   Opinion Filed Octobe. 5, 1915.

(152 Pac. 841.)

*Error from District Court, Canadian County;*
*John J. Carney, Judge.*

Action by C. B. Campbell against Newton & Driskill and others.  Judgment for defendants, and plaintiff brings error.  Motion to dismiss denied.

*Bond, Melton & Melton,* for plaintiff in error.

*R. B. Forrest,* for defendants in error.

Opinion by MATHEWS, C.  The defendants in error have filed a motion to dismiss this appeal, assigning as grounds therefor the alleged failure of plaintiff in error to comply with rule 25 of this court (38 Okla. x, 137 Pac. xi) in the preparation of his brief.  We find that said brief substantially conforms to said rule, and said motion to dismiss should be denied, and defendants in error allowed 20 days to file answer brief.

Motion to dismiss denied.

By the Court:  It is so ordered.